RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 10/16/09

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **CHRISTOPHER RUBIN** | **CIVIL ACTION NO. 6:08-CV-1501** |
| **VERSUS** | **JUDGE HAIK** |
| **U.S. COMM. SOCIAL SECURITY ADMINISTRATION** | **MAGISTRATE JUDGE HILL** |

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that plaintiff's case be **DISMISSED** without prejudice.

Lafayette, Louisiana, this 15 day of October, 2009.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE